No. 944. SISCHO *v.* ADERHOLD, WARDEN. April 25, 1938. Petition for writ of certiorari to the Circuit Court

of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Wesley Leroy Sischo, pro se.* No appearance for respondent.